UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| QUEEN E. GLYMPH,<br><br>    Plaintiff,<br><br>    v.<br><br>DISTRICT OF COLUMBIA,<br><br>    Defendant. | Civil Action No. 01-1333 (JMF) |

**ORDER**

I intend to enter final judgment for plaintiff in this case, by separate order, as soon as possible. However, the following orders are to have immediate effect:

1. The parties shall meet and confer and attempt, in good faith, to agree upon an amount of back pay to be awarded plaintiff. Back pay shall be calculated in accordance with the Memorandum Opinion being simultaneously issued, encompassing the time from plaintiff's termination to the date of this opinion, less all the workmen's compensation that has been paid plaintiff in the same period. Within three weeks of this order, the parties shall jointly file either a proposed final judgment for the award of back pay or a praecipe indicating where they agree and disagree. At that point, the Court will determine whether additional briefing is necessary.

2. It is the Court's intention to award pre-judgment interest on the back pay. The District shall have ten days from the date of this order to show cause as to why the court should not make this award.

3. Within ten days of the date of this order, plaintiff's counsel will file an amended fee petition, seeking all fees and costs incurred from the first date indicated in its initial petition to the date of this opinion.

4. With reference to plaintiff's reinstatement, the District will comply with the requirements described on pages 15-17 of the simultaneously issued Memorandum Opinion.

**SO ORDERED.**

                                                                           _____

JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

Dated:  June 27, 2005